

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **MARCUS SAPP** | **CIVIL ACTION NO. 07-1814** |
| versus | **JUDGE TRIMBLE** |
| **RAPIDES HEALTHCARE SYSTEM, LLC, ET AL.** | **MAGISTRATE JUDGE KIRK** |

### J U D G M E N T

For the reasons expressed in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the motion to remand [R. 10] is GRANTED and, accordingly, the Clerk is ordered to prepare a copy of the record herein and return the original record to the Ninth Judicial District Court for the Parish of Rapides, Louisiana for further proceedings. It is further

ORDERED that the motion to dismiss and alternative motion to stay are DENIED as moot.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 11th day of January, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE